

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00281-CV

## IN THE INTEREST OF R.R.H. AND J.L.H., CHILDREN

**From the 66th District Court
Hill County, Texas
Trial Court No. 51866**

## ORDER

Appellant's "Motion for Extension of Time to File *Pro Se* Response" filed on October 14, 2015 is granted. Appellant's pro se response to counsel's *Anders* brief is due 20 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion granted
Order issued and filed October 22, 2015

